FILED

14 MAR 17 AM 9:14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                                 DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RYAN, an individual, on behalf of himself and all others similarly-situated,<br><br>    Plaintiff,<br><br>vs.<br><br>JERSEY MIKE'S FRANCHISE SYSTEMS, a New Jersey corporation; KENNY BROTHERS, INC., dba JERSEY MIKE'S SUBS, a California corporation; CLUB TEXTING, INC. dba EZ TEXTING, INC., a New York corporation; SKYPOP PARTNERS, LLC, a Delaware limited liability company; and DOES 1 though 50,<br><br>    Defendants. | CASE NO. 13-CV-1427-BEN (WVG)<br><br>**ORDER DENYING EX PARTE APPLICATION TO CONTINUE**<br><br>[Docket No. 46] |

    Before this Court is an Ex Parte Application to Continue Defendants' Motion to Deny Class Certification. (Docket No. 46). Defendants filed a Motion to Deny Class Certification on February 24, 2014. (Docket No. 45). Plaintiff filed the instant Ex Parte Application to Continue on March 7, 2014. Defendants responded on March 11, 2014. (Docket No. 49).

    Plaintiff asks this Court to continue the hearing on Defendants' Motion to Deny Class Certification in order to allow him to conduct discovery. Defendants' Motion contends that discovery is not needed in this case to deny class certification.

    If Plaintiff wishes to dispute Defendants' assertion that class certification can

1  properly be determined at this time, he must do so in a proper opposition. Indeed,
2  Plaintiff's opposition argues that the motion is premature. (Docket No. 47). Although
3  Plaintiff states that an ex parte motion was required because the time to respond would
4  have elapsed before his request could be heard as an ordinary motion, the content of
5  his motion is appropriate in the opposition brief. Plaintiff may not take two
6  opportunities to attack the merits of Defendants' arguments; he is restricted to the
7  opposition brief. If, as Plaintiff contends, it would be premature to deny class
8  certification at this juncture, Defendants' Motion will be denied and the parties will
9  have another opportunity to brief this Court on the class certification issue.

10  Accordingly, the ex parte motion is **DENIED**. In so ruling, the Court does not
11  rule on the merits of Plaintiff's arguments that additional discovery is required. This
12  Court will not consider the Ex Parte Application or Defendants' Opposition to the Ex
13  Parte Application in ruling on the Motion to Deny Class Certification.

14  **IT IS SO ORDERED**.

16  Dated: March 13, 2014

HON. ROGER T. BENITEZ
United States District Judge